60 CCPA
**DOLLAR TRADING CORP., Appellant,**

v.

**The UNITED STATES, Appellee.**
**Customs Appeal No. 5497.**

United States Court of Customs
and Patent Appeals.

Nov. 3, 1972.

Allerton deC. Tompkins, New York
City, attorney of record, for appellant.

E. Grey Lewis, Acting Asst. Atty.
Gen., Andrew P. Vance, Chief, Customs
Section, Marlene G. Sonderlick, New
York City, for the United States.

Before MARKEY, Chief Judge, and
RICH, ALMOND, BALDWIN and
LANE, Judges.

PER CURIAM.

This appeal is from the decision and
judgment of the Second Division of the
United States Customs Court,[1] over-
ruling a protest concerning certain tools
described in the invoice as "wood hole
saws" and "metal hole saws."

Upon careful consideration, we find
that all of appellant's contentions before
us were fully and correctly dealt with in
the opinion of the Customs Court. Ac-
cordingly, we adopt that opinion as our
own.

The judgment of the Customs Court is
affirmed.

Affirmed.

1. 67 Cust.Ct. 208, 349 F.Supp. 1395, C.D. 4290 (1971).